In the Matter of the Appraisal, under the Transfer Tax Act, of the Trust Estate Created by EUGENE G. CRUGER, by a Certain Trust Deed.

BERTRAM DE NULLY CRUGER et al., Infants, by BLANCHE E. S. TAMS, their General Guardian, Appellants; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Cruger,* 54 App. Div. 405, affirmed.
(Submitted February 27, 1901; decided March 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 9, 1900, reversing an order of the Surrogate's Court of the county of New York adjudging the trust estate herein not liable to a transfer tax.

*J. Langdon Ward* for appellants.

*Edmund Francis Harding* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.